UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LOUIS KEYS,

        Plaintiff,

        v.                              Case No. 20-cv-0184-bhl

KAREN RONQUILLO-HORTON, et al.,

        Defendants.

---

## DISMISSAL ORDER

---

Pursuant to the parties' stipulation of dismissal, the Court will dismiss this case upon its merits with prejudice and without costs awarded to any party. *See* Dkt. No. 47.

**IT IS THEREFORE ORDERED** that this case is **DISMSSED** upon its merits with prejudice and without costs awarded to any party.

Dated at Milwaukee, Wisconsin this 10th day of March, 2021.

        s/ *Brett H. Ludwig*
        Brett H. Ludwig
        United States District Judge